UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SUZANNE SOUCY-HILLE | CIVIL ACTION NO. 12-2209 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| CADDO PARISH SCHOOL BOARD, ET AL | MAGISTRATE JUDGE KAREN L. HAYES |

## ORDER

On September 23, 2014, the Court heard oral argument regarding Defendants' Motion for Summary Judgment [Record Document 33]. Nelson Cameron appeared on behalf of Plaintiff, Suzanne Soucy-Hille. Brian Carnie appeared on behalf of Defendants, Caddo Parish School Board and Paula B. Nelson ("Nelson"). Barbara Simpson was the Court Reporter. For reasons orally assigned, the Court granted in part and denied in part Defendants' Motion for Summary Judgment.

The Court **GRANTED** the Motion for Summary Judgment as to all of Plainitff's 42 U.S.C. § 1983 claims, except for those causes of action which allege that the acts of the Defendants were causal acts of recklessness, deliberate indifference, or intentionality that caused the Plaintiff or her son to be subject to injury, and specifically to the deprivation of his right to bodily integrity, as described by Circuit Judge Higginson in the concurrence to Doe v. Covington Cnty. Sch. Dist., 675 F.3d 849 (5th Cir. 2012). The Court **DENIED** the Motion for Summary Judgment as to Plaintiff's 42 U.S.C. § 1983 claims that arise under the above described cause of action.

The Court **DENIED** the Motion for Summary Judgment as to all of Plaintiff's Title IX claims. The Court found that there was no cause of action against Nelson under Title IX and **DISMISSED** any claim against her individually under Title IX. The Court **DENIED** the Motion for Summary Judgment as to all of Plaintiff's claims that fall under Louisiana state law. Finally, the Court found that Nelson was not entitled to qualified immunity on the 42 U.S.C. § 1983 claims or the Louisiana state law claims.

A telephone status conference was **SET** for **September 26, 2014 at 9:30 a.m.** The Plaintiff is responsible for initiating the call. At that time, the parties should be prepared to discuss whether they desire a new trial date and whether they want to hold a settlement conference with Magistrate Judge Hayes . The Defendants should be ready to inform the Court if they will be seeking an appeal of the Court's ruling on Nelson's qualified immunity. The Court will set a deadline for any reurging by Defendant on the Court's holding regarding the 42 U.S.C. § 1983 claim at that time.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 26th day of September, 2014.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE